# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3972

_____

|                                              |     |                              |
|----------------------------------------------|-----|------------------------------|
| Jeffrey Dean Vogt,                           | *   |                              |
|                                              | *   |                              |
| Appellant,                                   | *   |                              |
|                                              | *   |                              |
| v.                                           | *   |                              |
|                                              | *   | Appeal from the United States |
| Lawrence E. Barrett, Judge; Timothy          | *   | District Court for the        |
| F. Dunning, Sheriff; W. H. Jackson,          | *   | District of Nebraska.         |
| Deputy; Howard, Unknown, Badge               | *   |                              |
| # 1037, Omaha Police Dept. Firearms          | *   | [UNPUBLISHED]                 |
| Division; Greg Clemens, Deputy; C. J.        | *   |                              |
| Molek, Badge # 1111 Omaha Police             | *   |                              |
| Dept. Firearms Division,                     | *   |                              |
|                                              | *   |                              |
| Appellees.                                   | *   |                              |

_____

Submitted: April 29, 1999
Filed: May 4, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Jeffrey Dean Vogt appeals the dismissal of his 42 U.S.C. § 1983 action in which he raised various claims relating to a search and seizure, and his subsequent contacts with law enforcement officers. Having carefully reviewed the record and the parties'

briefs, we conclude the district court[1] properly dismissed the claims against Judge Lawrence E. Barrett and granted summary judgment in favor of the remaining defendants.

Accordingly we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.